**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/18/2018

IN RE:

JOSEPH M. NOVELLA
CHRISTINE NOVELLA
261 FRONT STREET
CHERRY TREE, PA 15724
XXX-XX-1425        Debtor(s)

XXX-XX-7702

Case No.13-70757 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/18/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CAPITAL RECOVERY V LLC++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5327 | CLAIM: 1,884.02<br>COMMENT: GECRB*NTC-RSV |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3267 | CLAIM: 0.00<br>COMMENT: C6 GOVS*PMT/PL-CL*734.68x(60+2)=LMT*1ST/SCH*BGN 11/13*FR HSBC MTG-DOC |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9144 | CLAIM: 0.00<br>COMMENT: PMT/PL*327.91x(60+2)=LMT*PMT/CL=MINIM 241.75*2ND*BGN 11/13*FR HSBC MTG-I |
| **PERITUS PORTFOLIO AS ASSIGNEE FOR NCEP**<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number:4  INT %: 4.25%<br>Court Claim Number:7 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9990 | CLAIM: 14,075.00<br>COMMENT: 15273.33@4.25%@MDF/PL*W/38*FR SANTANDER-DOC 57 |
| **APOTHAKER & ASSOC**<br>520 FELLOWSHIP RD C 306<br>MOUNT LAUREL, NJ 08054 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2010 | CLAIM: 0.00<br>COMMENT: NO$~JDGMNT/SCH |
| **BACK BOWL I LLC**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9959 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH |
| **BURTON NEIL**<br>BURTON NEIL & ASSOC PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA 19380 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2009 | CLAIM: 0.00<br>COMMENT: NO$~JDGMNT/SCH |
| **CANDICA LLC**<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE NA****<br>C/O BASS AND ASSOCIATES<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ 85712 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0365 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL RECOVERY V LLC++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 4,496.55<br>COMMENT: GECRB*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0244 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3236 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~VCTRSSEC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8353 |
| **ECAST SETTLEMENT CORP****<br>C/O BASS & ASSOC PC*<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ 85712 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 145.08<br>COMMENT: GECRB OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5160 |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5327 |
| **GEMB / OLD NAVY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5160 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0244 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GORDON & WEINBERG PC**<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA  19428 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2009 |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL  60197 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~BOSCV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7570 |
| **IC FCU**<br>2340 WARREN RD STE 209<br>INDIANA, PA  15701 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6001 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 12,055.61<br>COMMENT: NO$/SCH*CITIBK/SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3675 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MANN BRACKEN LLP**<br>4660 TRINDLE RD<br>STE 300<br>CAMP HILL, PA  17011 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2009 |
| **MICHAELS LOUIS & ASSOC**<br>POB 1062<br>MOON TWP, PA  15108 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2011 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,118.74<br>COMMENT: VICTORIA SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8353 |
| **RECOVERY MGT SYSTEMS CORP++**<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5563 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O GREAT LAKES EDUCATIONAL LN SVCS INC<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 12,123.55<br>COMMENT: 8581/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7702 |
| **WF FINANCE**<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5110 |
| **WF FINANCE**<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5110 |
| **VICTORIA'S SECRET**<br>POB 16590<br>COLUMBUS, OH 43216 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8353 |
| **WOLPOFF & ABRAMSON LLP++**<br>2 IRVINGTON CTR<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850-5775 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0624 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG\*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,072.72<br>COMMENT: C6 GOVS\*3150/PL\*1ST/SCH\*THRU 10/13\*FR HSBC MTG-DOC 77 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3267 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG\*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 725.25<br>COMMENT: 1975/PL\*2ND\*THRU 10/13\*FR HSBC MORTGAGE-DOC 75\*LATE | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9144 |
| **PERITUS PORTFOLIO AS ASSIGNEE FOR NCEP**<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 855.34<br>COMMENT: NO GEN UNS/SCH\*W/4\*FR SANTANDER-DOC 57 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9990 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG\*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 2,861.14<br>COMMENT: NT/PL\*NTC-POSTPET FEE/EXP\*REF CL\*W/36\*FR HSBC MTG-DOC 77 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3267 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG\*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: DISALLWD/OE\*NT/PL\*NTC-POSTPET FEE/EXP\*REF CL\*W/37\*FR HSBC MORTGAGE | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0045 |

| | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:6 | ACCOUNT NO.: 3267 |
| PO BOX 65450 | | |
| SALT LAKE CITY, UT  84165 | CLAIM: 764.44 | |
| | COMMENT: NT PROV/PL*SUPP NTC POSTPET FEE/EXP*REF CL*W/36*TAXES | |