IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No.13-70757JAD |
| Joseph M. Novella ) | |
| Christina Novella ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | Doc. No. 88 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | Related To Doc. No. 87 |
|     Vs. ) | |
| Joseph M. Novella ) | |
| Christina Novella ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **November 30, 2018 at 11:00 a.m. before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA (Video Conferencing is available in Courtroom D in Pittsburgh).** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **November 14, 2018.**

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| 10-25-18 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-70757-JAD
Joseph M. Novella                                                   Chapter 13
Christine Novella
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 3            Date Rcvd: Oct 26, 2018
                              Form ID: pdf900         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
```
db/jdb         +Joseph M. Novella,   Christine Novella,   261 Front Street,   Cherry Tree, PA 15724-9501
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13735057       +Apothaker & Associates,    520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
13735059      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
13735061       +Beneficial Consumer Discount Company,    636 Grand Regency Boulevard,   Brandon, FL 33510-3942
13735060       +Beneficial Consumer Discount Company,    2929 Walden avenue,   Depew, NY 14043-2602
13735066       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13975811       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,   Eagan, Minnesota 55121-0188
13782996       +HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
13735072       +Hsbc/Boscv,   Po Box 4274,    Reading, PA 19606-0674
13750413       +I C Federal Cr Un,    2340 Warren Rd Ste 209,    Indiana, PA 15701-2413
13735075       +Mann Bracken,,    4660 Trindle Road, Suite 300,   Camp Hill, PA 17011-5610
13735076       +Michaels, Louis, & Associates,    P.O. Box 1062,   Moon Township, PA 15108-6062
13735079        Santander Consumer USA,    P.O. Box 560284,   Dallas, TX 75356-0284
13735080       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
14421419       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13777361        US Department of Education,    Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
13750422       +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
13735081       +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13735083       +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,   Rockville, MD 20850-5915
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Oct 27 2018 02:06:05     Peritus Portfolio Service,,
                 POBox 141419,    Irving, TX   75014
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:02:12
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13735058       +E-mail/Text: bncmail@w-legal.com Oct 27 2018 02:05:40     Back Bowl I LLC,
                 c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13735062       +E-mail/Text: notices@burt-law.com Oct 27 2018 02:06:02     Burton Neil & Associates,
                 1060 Andrew Drive,    #170,   West Chester, PA 19380-5600
13735063       +E-mail/Text: bncmail@w-legal.com Oct 27 2018 02:05:40     Candica,
                 C/O Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Attn: Richard S. Ralson, Esquire,    Seattle, WA 98121-3132
13735064       +E-mail/Text: bnc@bass-associates.com Oct 27 2018 02:05:00     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13750401        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:01:00     Capital Recovery II,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13750402       +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:01:37     Capital Recovery IV LLC,
                 c/o Recovery Management System Corp.,    25 SE 2nd Avenue,   Suite 1120,   Miami, FL 33131-1605
13735065        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:01:37     Capital Recovery V,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13780352        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:12:43     Capital Recovery V LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, Florida  33131-1605
13750405       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 27 2018 02:05:17     Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13735067       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 02:01:32     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13735068        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 02:00:55     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13735069       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 02:02:07     Gecrb/Old Navy,   Po Box 981400,
                 El Paso, TX 79998-1400
13735070       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 02:01:33     Gecrb/Walmart Dc,   Po Box 981400,
                 El Paso, TX 79998-1400
13735074       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2018 02:02:14     LVNV Funding,
                 Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
13804571        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2018 02:01:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13735073       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2018 02:01:39     Lvnv Funding,
                 Po Box 740281,    Houston, TX 77274-0281
13775974        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2018 02:01:35
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14077150        E-mail/Text: peritus@ebn.phinsolutions.com Oct 27 2018 02:06:05
                 Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,   Irving TX 75014-1419
13735077        E-mail/Text: bnc-quantum@quantum3group.com Oct 27 2018 02:05:19     Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-7          User: msch                   Page 2 of 3                   Date Rcvd: Oct 26, 2018
                              Form ID: pdf900              Total Noticed: 46


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13758280       E-mail/Text: bnc-quantum@quantum3group.com Oct 27 2018 02:05:19
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13735078      +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:12:43      Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13743041       E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2018 02:02:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13735082      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 27 2018 02:05:17       Wfnnb/Victorias Secret,
                 Po Box 182128,    Columbus, OH 43218-2128
13750406      +E-mail/Text: bnc@bass-associates.com Oct 27 2018 02:05:01       eCAST Settlement Corp.,
                 c/o Bass & Associates,    3936 E. Ft. Lowell Road,    Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beneficial Consumer Discount Company
cr              U.S. Bank National Association, as indenture trust
cr*            +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13750393*      +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13750395*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
13750394*      +Back Bowl I LLC,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13750397*      +Beneficial Consumer Discount Company,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13750396*      +Beneficial Consumer Discount Company,    2929 Walden avenue,    Depew, NY 14043-2602
13750398*      +Burton Neil & Associates,    1060 Andrew Drive,    #170,    West Chester, PA 19380-5600
13750399*      +Candica,   C/O Weinstein and Riley, PS,     2001 Western Avenue, Suite 400,
                 Attn: Richard S. Ralson, Esquire,    Seattle, WA 98121-3132
13750400*      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                 Tucson, AZ 85712-1083
13750403*       Capital Recovery V,    c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13750404*      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13750407*      +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                 Attn: Ramesh Singh,    Miami, FL 33131-1605
13750408*       Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998
13750409*      +Gecrb/Old Navy,    Po Box 981400,    El Paso, TX 79998-1400
13750410*      +Gecrb/Walmart Dc,    Po Box 981400,    El Paso, TX 79998-1400
13750411*      +Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
13750412*      +Hsbc/Boscv,    Po Box 4274,    Reading, PA 19606-0674
13750415*      +LVNV Funding,    Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13750414*      +Lvnv Funding,    Po Box 740281,    Houston, TX 77274-0281
13750416*      +Mann Bracken,,    4660 Trindle Road, Suite 300,    Camp Hill, PA 17011-5610
13750417*      +Michaels, Louis, & Associates,    P.O. Box 1062,    Moon Township, PA 15108-6062
13750418*       Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13750419*      +Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13750420*       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13788754*      +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13750421*      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
14421420*      +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13750423*      +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13750424*      +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
13750425*      +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,    Rockville, MD 20850-5915
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13735071      ##+Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
                                                                                              TOTALS: 2, * 30, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7          User: msch                 Page 3 of 3                  Date Rcvd: Oct 26, 2018
                              Form ID: pdf900            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               bankruptcy@udren.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christine  Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Joseph M. Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Beneficial Consumer Discount Company pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
                                                                                             TOTAL: 8
```