IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 13-70757JAD |
| Joseph M. Novella ) | Chapter 13 |
| Christine Novella ) | |
|     Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     Vs. ) | |
| Joseph M. Novella ) | |
| Christine Novella ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on November 30, 2018 at 11:00 a.m. before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA (Video Conferencing is available in Courtroom D in Pittsburgh). Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before November 14, 2018.

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| 10-25-18 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |