IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOSEPH M. NOVELLA AND CHRISTINE NOVELLA, | : : : : | Bankruptcy No. 13-70757-JAD |
| Debtor(s). | : : | Chapter 13 |
| ************************************************ RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : : : | |
| Movant(s), v. | : : : | Document No. 92 |
| JOSEPH M. NOVELLA AND CHRISTINE NOVELLA, | : : : | |
| Respondent(s). | : : : | FILED 12/4/18 12:23 pm CLERK U.S. BANKRUPTCY COURT - WDPA |

ORDER

AND NOW, this **4th** day of **December, 2018**, a hearing having been held on November 30, 2018 on the *Motion To Dismiss* filed at Document No. 92,

It is hereby **ordered** that the hearing on said matter is **continued** to **March 8, 2019**, at 11:00 AM in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 *.

jsf

JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO SERVE:

Debtors
Paul W. McElrath, Jr., Esq.
Ronda J. Winnecour, Esq.
Office of U.S. Trustee

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00025546

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph M. Novella  
Christine Novella  
      Debtors

Case No. 13-70757-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db/jdb        +Joseph M. Novella,   Christine Novella,   261 Front Street,   Cherry Tree, PA 15724-9501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:

      Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company ecfmail@mwc-law.com  
      Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company pabk@logs.com, ewassall@logs.com  
      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Paul W. McElrath, Jr.    on behalf of Joint Debtor Christine Novella ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Paul W. McElrath, Jr.    on behalf of Debtor Joseph M. Novella ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Sherri J. Smith    on behalf of Creditor    Beneficial Consumer Discount Company pawb@fedphe.com, sherri.braunstein@phelanhallinan.com

                                                                                                                 TOTAL: 8