# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Joseph M. Novella and Christine Novella, | : | Case No. 13-70757-JAD |
| Debtors | : | Chapter 13 |
| | : | |
| Joseph M. Novella and Christine Novella, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Ch. 13 Trustee | : | |
| Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 10, 2018 at docket number 82 and 83, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

    Dated: <u>April 8, 2019</u>        BY:   <u>/s/ Paul W. McElrath</u>
                                                                                           Paul W. McElrath, Esquire
                                                                             Attorney for Debtor/Movant
                                                                              PA I.D. #86220
                                                                              1641 Saw Mill Run Blvd.
                                                                              Pittsburgh, PA 15210
                                                                              (412) 765-3606

**PAWB Local Form 24 (07/13)**