**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH M. NOVELLA<br>CHRISTINE NOVELLA<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:13-70757 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 26, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/21/2013 and confirmed on 2/28/14 . The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,284.01 |
| Less Refunds to Debtor | 2,624.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,659.87 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,740.99 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,240.99 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 45,550.16 | 0.00 | 45,550.16 |
|     Acct: 3267 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 20,330.42 | 0.00 | 20,330.42 |
|     Acct: 9144 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 4,072.72 | 4,072.72 | 0.00 | 4,072.72 |
|     Acct: 3267 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 725.25 | 725.25 | 0.00 | 725.25 |
|     Acct: 9144 | | | | |
|   PERITUS PORTFOLIO AS ASSIGNEE FOR | 14,075.00 | 14,075.00 | 1,475.56 | 15,550.56 |
|     Acct: 9990 | | | | |
| | | | | 86,229.11 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH M. NOVELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH M. NOVELLA | 938.30 | 938.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH M. NOVELLA | 1,685.84 | 1,685.84 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 2,861.14 | 2,861.14 | 0.00 | 2,861.14 |
|     Acct: 3267 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9144 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 764.44 | 764.44 | 0.00 | 764.44 |
|     Acct: 3267 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 913.95 | 913.95 | 0.00 | 913.95 |
|     Acct: XXXXXXXXXXXXXXXX LLC | | | | |
|   CLERK, U S BANKRUPTCY COURT | 2,181.32 | 2,181.32 | 0.00 | 2,181.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|     Acct: XXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 6,720.85 |
| **Unsecured** | | | | |
|     CAPITAL RECOVERY V LLC++ | 1,884.02 | 0.00 | 0.00 | 0.00 |
|       Acct: 5327 | | | | |
|     APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2010 | | | | |
|     BACK BOWL I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9959 | | | | |
|     BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2009 | | | | |
|     CANDICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0365 | | | | |
|     CAPITAL RECOVERY V LLC++ | 4,496.55 | 0.00 | 0.00 | 0.00 |
|       Acct: 0244 | | | | |
|     CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3236 | | | | |
|     COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8353 | | | | |
|     ECAST SETTLEMENT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 145.08 | 81.44 | 0.00 | 81.44 |
|       Acct: 5160 | | | | |
|     GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5160 | | | | |
|     WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0244 | | | | |
|     GORDON & WEINBERG PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2009 | | | | |
|     HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7570 | | | | |
|     IC FCU++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6001 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 12,055.61 | 7,093.02 | 0.00 | 7,093.02 |
|       Acct: 3675 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     MANN BRACKEN LLP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2009 | | | | |
|     MICHAELS LOUIS & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2011 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 1,118.74 | 658.22 | 0.00 | 658.22 |
|       Acct: 8353 | | | | |
|     RECOVERY MGT SYSTEMS CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5563 | | | | |
|     UNITED STATES DEPARTMENT OF EDUC | 12,123.55 | 7,132.99 | 0.00 | 7,132.99 |
|       Acct: 7702 | | | | |
|     WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5110 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8353 | | | | |
| WOLPOFF & ABRAMSON LLP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0624 | | | | |
| PERITUS PORTFOLIO AS ASSIGNEE FOR | 855.34 | 503.25 | 0.00 | 503.25 |
| Acct: 9990 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5327 | | | | |
| WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5110 | | | | |
| | | | | 15,468.92 |

TOTAL PAID TO CREDITORS                                                                         108,418.88

TOTAL
CLAIMED          6,720.85
PRIORITY        18,872.97
SECURED         32,678.89


Date: 04/26/2019                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com

Case 13-70757-JAD    Doc 115    Filed 05/03/19    Entered 05/04/19 01:02:34    Desc
Imaged Certificate of Notice    Page 4 of 8

13-70757 JAD

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOSEPH M. NOVELLA
CHRISTINE NOVELLA
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-70757 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 13-70757-JAD
Joseph M. Novella                                                       Chapter 13
Christine Novella
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                   Page 1 of 3                  Date Rcvd: May 01, 2019
                              Form ID: pdf900              Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +Joseph M. Novella,    Christine Novella,    261 Front Street,    Cherry Tree, PA 15724-9501
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +U.S. National Bank Association, et al,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3403
13735057       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13735059      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
13735060       +Beneficial Consumer Discount Company,    2929 Walden avenue,    Depew, NY 14043-2602
13735061       +Beneficial Consumer Discount Company,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13735066       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13735071       +Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
13975811       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13782996       +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13735072       +Hsbc/Boscv,   Po Box 4274,    Reading, PA 19606-0674
13750413       +I C Federal Cr Un,    2340 Warren Rd Ste 209,    Indiana, PA 15701-2413
13735075       +Mann Bracken,,    4660 Trindle Road, Suite 300,    Camp Hill, PA 17011-5610
13735076       +Michaels, Louis, & Associates,    P.O. Box 1062,    Moon Township, PA 15108-6062
13735079        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13735080       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
14421419       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13777361        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13750422       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13735081       +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13735083       +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,    Rockville, MD 20850-5915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: peritus@ebn.phinsolutions.com May 02 2019 03:37:46      Peritus Portfolio Service,
                 POBox 141419,    Irving, TX 75014
cr              E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:31:48
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13735058       +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:59      Back Bowl I LLC,
                 c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13735062       +E-mail/Text: notices@burt-law.com May 02 2019 03:37:43      Burton Neil & Associates,
                 1060 Andrew Drive,    #170,   West Chester, PA 19380-5600
13735063       +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:59      Candica,
                 C/O Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Attn: Richard S. Ralson, Esquire,    Seattle, WA 98121-3132
13735064       +E-mail/Text: bnc@bass-associates.com May 02 2019 03:35:15      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13750401        E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:31:48      Capital Recovery II,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13750402       +E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:30:21      Capital Recovery IV LLC,
                 c/o Recovery Management System Corp.,    25 SE 2nd Avenue,    Suite 1120,    Miami, FL 33131-1605
13735065        E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:31:49      Capital Recovery V,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13780352        E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:28:57      Capital Recovery V LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, Florida   33131-1605
13750405       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:50      Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13735067       +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:44      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13735068        E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:43      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13735069       +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:46      Gecrb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
13735070       +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:44      Gecrb/Walmart Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
13735074       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:26       LVNV Funding,
                 Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13804571       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:31:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13735073       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:23       Lvnv Funding,
                 Po Box 740281,    Houston, TX 77274-0281
13775974        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:42:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-7           User: jfur                  Page 2 of 3                  Date Rcvd: May 01, 2019
                               Form ID: pdf900             Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14077150       E-mail/Text: peritus@ebn.phinsolutions.com May 02 2019 03:37:46
                 Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
13735077       E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:36:02      Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
13758280       E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:36:02
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
13735078      +E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:30:20      Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
13743041       E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:28:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13735082      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:50       Wfnnb/Victorias Secret,
                 Po Box 182128,    Columbus, OH 43218-2128
13750406      +E-mail/Text: bnc@bass-associates.com May 02 2019 03:35:15       eCAST Settlement Corp.,
                 c/o Bass & Associates,    3936 E. Ft. Lowell Road,    Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Consumer Discount Company
cr             U.S. Bank National Association, as indenture trust
cr*           +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13750393*     +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13750395*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
13750394*     +Back Bowl I LLC,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13750397*     +Beneficial Consumer Discount Company,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13750396*     +Beneficial Consumer Discount Company,    2929 Walden avenue,    Depew, NY 14043-2602
13750398*     +Burton Neil & Associates,    1060 Andrew Drive,    #170,    West Chester, PA 19380-5600
13750399*     +Candica,   C/O Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Attn: Richard S. Ralson, Esquire,    Seattle, WA 98121-3132
13750400*     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                 Tucson, AZ 85712-1083
13750403*      Capital Recovery V,    c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13750404*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13750407*     +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                 Attn: Ramesh Singh,    Miami, FL 33131-1605
13750408*      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13750409*     +Gecrb/Old Navy,    Po Box 981400,    El Paso, TX 79998-1400
13750410*     +Gecrb/Walmart Dc,    Po Box 981400,    El Paso, TX 79998-1400
13750411*     +Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
13750412*     +Hsbc/Boscv,    Po Box 4274,    Reading, PA 19606-0674
13750415*     +LVNV Funding,    Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13750414*     +Lvnv Funding,    Po Box 740281,    Houston, TX 77274-0281
13750416*     +Mann Bracken,,    4660 Trindle Road, Suite 300,    Camp Hill, PA 17011-5610
13750417*     +Michaels, Louis, & Associates,    P.O. Box 1062,    Moon Township, PA 15108-6062
13750418*      Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13750419*     +Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13750420*      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13788754*     +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13750421*     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
14421420*     +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13750423*     +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13750424*     +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
13750425*     +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,    Rockville, MD 20850-5915
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                 TOTALS: 2, * 30, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7          User: jfur              Page 3 of 3         Date Rcvd: May 01, 2019
                              Form ID: pdf900         Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
          Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
           ecfmail@mwc-law.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
           pabk@logs.com, ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Christine  Novella ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Joseph M. Novella ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7
```