**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOSEPH M. NOVELLA <br> CHRISTINE NOVELLA <br>     Debtor(s) <br> Ronda J. Winnecour, Trustee <br>     Movant <br>     vs. <br> JOSEPH M. NOVELLA <br> CHRISTINE NOVELLA <br><br>     Respondents | Case No.13-70757JAD <br><br> Chapter 13 <br><br> Document No. 117 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 21st day of May, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

Don Huey Custom Building
Attn: Payroll Manager
23 Campbell Lane
Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of JOSEPH M. NOVELLA, social security number XXX-XX-1425. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOSEPH M. NOVELLA.

FURTHER ORDERED:  n/a

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*jsf*
UNITED STATES BANKRUPTCY JUDGE

FILED
5/21/19 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-70757-JAD
Joseph M. Novella                                                               Chapter 13
Christine Novella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: dkam              Page 1 of 1              Date Rcvd: May 21, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db/jdb         +Joseph M. Novella,    Christine Novella,    261 Front Street,    Cherry Tree, PA 15724-9501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                       Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor   Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Christopher M. McMonagle    on behalf of Creditor   U.S. National Bank Association, et al
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Elizabeth Lamont Wassall    on behalf of Creditor   Beneficial Consumer Discount Company
               pabk@logs.com,  ewassall@logs.com
              James Warmbrodt     on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christine  Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Joseph M. Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8