**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph M. Novella** | Social Security number or ITIN  **xxx–xx–1425** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christine Novella** | Social Security number or ITIN  **xxx–xx–7702** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13–70757–JAD** | |

# Order of Discharge                                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph M. Novella                                             Christine Novella

<u>6/4/19</u>                                    **By the court:**     <u>Jeffery A. Deller</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 13-70757-JAD
Joseph M. Novella                                                         Chapter 13
Christine Novella
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: mgut                   Page 1 of 3                   Date Rcvd: Jun 04, 2019
                              Form ID: 3180W               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db/jdb         +Joseph M. Novella,    Christine Novella,    261 Front Street,    Cherry Tree, PA 15724-9501
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +U.S. National Bank Association, et al,    c/o Stern & Eisenberg, PC,   1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3403
13735057       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13735060       +Beneficial Consumer Discount Company,    2929 Walden avenue,    Depew, NY 14043-2602
13735071       +Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
13750413       +I C Federal Cr Un,    2340 Warren Rd Ste 209,    Indiana, PA 15701-2413
13735075       +Mann Bracken,,    4660 Trindle Road, Suite 300,    Camp Hill, PA 17011-5610
13735076       +Michaels, Louis, & Associates,    P.O. Box 1062,    Moon Township, PA 15108-6062
14421419       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13777361        US Department of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
13750422       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13735083       +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,   Rockville, MD 20850-5915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 02:45:23      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              E-mail/Text: peritus@ebn.phinsolutions.com Jun 05 2019 02:45:59      Peritus Portfolio Service,
                 POBox 141419,    Irving, TX  75014
cr              EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
13735059        EDI: BANKAMER.COM Jun 05 2019 06:38:00      Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
13735058       +EDI: OPHSUBSID.COM Jun 05 2019 06:38:00      Back Bowl I LLC,   c/o Weinstein and Riley, PS,
                 2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13735061       +EDI: HFC.COM Jun 05 2019 06:38:00      Beneficial Consumer Discount Company,
                 636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13735062       +E-mail/Text: notices@burt-law.com Jun 05 2019 02:45:58      Burton Neil & Associates,
                 1060 Andrew Drive,    #170,   West Chester, PA 19380-5600
13735063       +EDI: OPHSUBSID.COM Jun 05 2019 06:38:00      Candica,   C/O Weinstein and Riley, PS,
                 2001 Western Avenue, Suite 400,    Attn: Richard S. Ralson, Esquire,   Seattle, WA 98121-3132
13735064       +EDI: BASSASSOC.COM Jun 05 2019 06:38:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13750401        EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Capital Recovery II,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13750402       +EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Capital Recovery IV LLC,
                 c/o Recovery Management System Corp.,    25 SE 2nd Avenue,   Suite 1120,   Miami, FL 33131-1605
13735065        EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Capital Recovery V,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13780352        EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Capital Recovery V LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, Florida   33131-1605
13735066       +EDI: CITICORP.COM Jun 05 2019 06:38:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13750405       +EDI: WFNNB.COM Jun 05 2019 06:38:00      Comenity Bank/Vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
13735067       +EDI: RMSC.COM Jun 05 2019 06:38:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13735068        EDI: RMSC.COM Jun 05 2019 06:38:00      Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998
13735069       +EDI: RMSC.COM Jun 05 2019 06:38:00      Gecrb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
13735070       +EDI: RMSC.COM Jun 05 2019 06:38:00      Gecrb/Walmart Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
13782996       +EDI: HFC.COM Jun 05 2019 06:38:00      HSBC Mortgage Services, Inc.,   PO Box 21188,
                 Eagan, MN 55121-0188
13975811       +EDI: HFC.COM Jun 05 2019 06:38:00      HSBC Mortgage Services, Inc.,   P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13735072       +EDI: HFC.COM Jun 05 2019 06:38:00      Hsbc/Boscv,   Po Box 4274,    Reading, PA 19606-0674
13735074       +EDI: RESURGENT.COM Jun 05 2019 06:38:00      LVNV Funding,    Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
13804571        EDI: RESURGENT.COM Jun 05 2019 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13735073       +EDI: RESURGENT.COM Jun 05 2019 06:38:00      Lvnv Funding,    Po Box 740281,
                 Houston, TX 77274-0281
13775974        EDI: PRA.COM Jun 05 2019 06:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
```

```
District/off: 0315-7           User: mgut                   Page 2 of 3                   Date Rcvd: Jun 04, 2019
                               Form ID: 3180W               Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14077150           E-mail/Text: peritus@ebn.phinsolutions.com Jun 05 2019 02:45:59
                   Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
13735077           EDI: Q3G.COM Jun 05 2019 06:38:00      Quantum3 Group LLC,    P.O. Box 788,
                   Kirkland, WA 98083-0788
13758280           EDI: Q3G.COM Jun 05 2019 06:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                   PO Box 788,   Kirkland, WA 98083-0788
13735078          +EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Recovery Management Systems Corp.,
                   Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13743041           EDI: RECOVERYCORP.COM Jun 05 2019 06:38:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13735079           EDI: DRIV.COM Jun 05 2019 06:38:00      Santander Consumer USA,    P.O. Box 560284,
                   Dallas, TX 75356-0284
13735080          +EDI: SEARS.COM Jun 05 2019 06:38:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13735081          +EDI: WFFC.COM Jun 05 2019 06:38:00      Wff Cards,    3201 N 4th Ave,
                   Sioux Falls, SD 57104-0700
13735082          +EDI: WFNNB.COM Jun 05 2019 06:38:00      Wfnnb/Victorias Secret,    Po Box 182128,
                   Columbus, OH 43218-2128
13750406          +EDI: BASSASSOC.COM Jun 05 2019 06:38:00      eCAST Settlement Corp.,    c/o Bass & Associates,
                   3936 E. Ft. Lowell Road,    Suite 200,   Tucson, AZ 85712-1083
                                                                                              TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Beneficial Consumer Discount Company
cr*              U.S. Bank National Association, as indenture trust
cr*             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13750393*       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13750395*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13750394*       +Back Bowl I LLC,   c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                  Seattle, WA 98121-3132
13750397*       +Beneficial Consumer Discount Company,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13750396*       +Beneficial Consumer Discount Company,    2929 Walden avenue,    Depew, NY 14043-2602
13750398*       +Burton Neil & Associates,    1060 Andrew Drive,   #170,    West Chester, PA 19380-5600
13750399*       +Candica,   C/O Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                  Attn: Richard S. Ralson, Esquire,    Seattle, WA 98121-3132
13750400*       +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                  Tucson, AZ 85712-1083
13750403*        Capital Recovery V,    c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13750404*       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13750407*       +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                  Attn: Ramesh Singh,    Miami, FL 33131-1605
13750408*        Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998
13750409*       +Gecrb/Old Navy,   Po Box 981400,    El Paso, TX 79998-1400
13750410*       +Gecrb/Walmart Dc,   Po Box 981400,    El Paso, TX 79998-1400
13750411*       +Gordon & Weinberg, P.C.,    c/o Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste 220,
                  Conshohocken, PA 19428-2395
13750412*       +Hsbc/Boscv,   Po Box 4274,    Reading, PA 19606-0674
13750415*       +LVNV Funding,   Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13750414*       +Lvnv Funding,   Po Box 740281,    Houston, TX 77274-0281
13750416*       +Mann Bracken,,    4660 Trindle Road, Suite 300,    Camp Hill, PA 17011-5610
13750417*       +Michaels, Louis, & Associates,    P.O. Box 1062,    Moon Township, PA 15108-6062
13750418*        Quantum3 Group LLC,    P.O. Box 788,   Kirkland, WA 98083-0788
13750419*       +Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13750420*        Santander Consumer USA,    P.O. Box 560284,   Dallas, TX 75356-0284
13788754*       +Santander Consumer USA,    Po Box 560284,   Dallas, TX 75356-0284
13750421*       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
14421420*       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                  3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13750423*       +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13750424*       +Wfnnb/Victorias Secret,    Po Box 182128,   Columbus, OH 43218-2128
13750425*       +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Blvd,    Rockville, MD 20850-5915
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 2, * 30, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7          User: mgut              Page 3 of 3              Date Rcvd: Jun 04, 2019
                              Form ID: 3180W          Total Noticed: 49
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Christopher M. McMonagle    on behalf of Creditor    U.S. National Bank Association, et al
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christine  Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Joseph M. Novella ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```